**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ANTWONE CORTES WILLIAMS (# 39488),**                          **PETITIONER**

**v.**                                                                                                 **No. 4:06CV21-D-B**

**STATE OF MISSISSIPPI, ET AL.**                                       **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice.

**SO ORDERED,** this the 17th day of May, 2007.

                                                      /s/ Glen H. Davidson
                                                     CHIEF JUDGE